IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAULETTE NORTON,

   Plaintiff,                                CASE NO.: 1:16-CV-00235-TWT

-vs-

CONN APPLIANCES, INC.,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Paulette Norton, and the Defendant, Conn Appliances, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of January, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Arthur A. Ebbs* |
| Octavio Gomez, Esquire | Arthur A. Ebbs |
| Georgia Bar No.: 617963 | State Bar No. 416181 |
| Morgan & Morgan, Tampa, P.A. | Womble Bond Dickinson (US) LLP |
| 201 N. Franklin Street, Suite 700 | 271 17th Street NW |

Tampa, Florida 33602  
Tele: (813) 223-5505  
Fax: (813) 223-5402  
Primary Email:  
TGomez@ForThePeople.com  
Secondary Email:  
LDobbins@ForThePeople.com  
*Attorney for Plaintiff*

Suite 2400  
Atlanta, GA 30363  
Telephone:  (404) 872-7000  
Facsimile:  (404) 888-7490  
Email:  Arthur.Ebbs@wbd-us.com  
*Attorney for Defendant*